IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 99-50716
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN JARAMILLO; JOSÉ LUIS JARAMILLO,

Defendants-Appellants.

--------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. SA-98-CR-275-2
--------------------
July 3, 2000

Before REAVLEY, JOLLY, and SMITH, Circuit Judges.

PER CURIAM:[*]

Juan and José Luis Jaramillo appeal their convictions on various drug-trafficking charges. Each contends solely that the evidence was insufficient to support his convictions. We have reviewed the record and the briefs of the parties. Viewing the evidence and all reasonable inferences to be drawn from it in the light most favorable to the jury's verdict, the evidence was sufficient to support both defendants' convictions. See United States v. Gourley, 168 F.3d 165, 168-69 (5th Cir.), cert. denied, 120 S. Ct. 72 (1999).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.